# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 13-20768

United States Court of Appeals
Fifth Circuit

**FILED**
December 8, 2014

Lyle W. Cayce
Clerk

YOUSRY GEORGE SALAMA,

      Plaintiff - Appellant

v.

WESTERN WIND ENERGY CORP., WESTERN
SOLARGENICS, INC.,

      Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-3535

Before JOLLY and COSTA, Circuit Judges, and ROSENTHAL, District Judge.[*]

PER CURIAM:[**]

The district court's opinion granting summary judgment sets out the facts and the applicable law in this breach-of-contract case. *See Salama v. Western Wind Energy Corp.*, No. 4:12-cv-03535, 2013 WL 6079548 (S.D. Tex. Nov. 19, 2013). We have studied the briefs, heard argument, and reviewed the

---

[*] District Judge of the Southern District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20768

record.  We affirm for essentially the reasons set out in the district court's careful and thorough opinion.

AFFIRMED.